### 20347. BUCHANAN *v.* THE STATE.

BROYLES, C. J. 1. For no reason assigned did the court err in excluding evidence as complained of in the bill of exceptions and in the motion for a new trial.

2. The evidence authorized the verdict, and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 16, 1930.

*C. W. Atwill,* for plaintiff in error.

*D. D. Smith, solicitor,* contra.